UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIJI FUNDING LLC,<br>   Plaintiff,<br>v.<br>PENIEL ENVIRONMENTAL SOLUTIONS LLC and EARL ROBERT COOK,<br>   Defendants. | No. 22-cv-5687-KMK<br><br>**STIPULATION AND<br>PROPOSED CONSENT ORDER** |

  Plaintiff FIJI FUNDING LLC and Defendants PENIEL ENVIRONMENTAL SOLUTIONS LLC and EARL ROBERT COOK, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

  1. Defendants' August 7, 2022 request for a pre-motion conference (ECF #6) is now moot and withdrawn without prejudice; and

  2. Defendants shall answer the Complaint within thirty (30) days of the date of this Stipulation.

_____
Gabriel Mendelberg, Esq.
*Attorney for Plaintiff*
**Mendelberg, P.C.**
75 Maiden Lane, Suite 603
New York, New York 10038
Tel. (646) 791-3611
gabe@mendelberglaw.com

Date: August 25, 2022

_____
Jonathan R. Miller, Esq.
*Attorney for Defendants*
**The Law Firm of Jonathan R. Miller**
100 Overlook Drive, 2nd Floor
Princeton, N.J. 08540
Tel. 609-955-1226
jonathan.miller@lawyer.com

Date: August 25, 2022

**SO ORDERED:**

Date: August ____, 2022

_____
Hon. Kenneth M. Karas, U.S.D.J.